# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-3726

United States of America

Appellee

v.

Mario Deshawn Stevenson

Appellant

_____

Appeal from U.S. District Court for the Northern District of Iowa, Waterloo
(6:16-cr-02020-LTS-1)
_____

**ORDER**

IT IS ORDERED that the Federal Public Defender for the Northern and Southern District of Iowa is hereby appointed to represent the above named appellant in all matters pertaining to this action before this Court.

September 26, 2016

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans